[No. 36060-4-I.    Division One.    November 24, 1997.]

JOHN SCANNELL, *Appellant*, v. OFFICE OF ADMINISTRATIVE HEARINGS, ET AL., *Defendants*, THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-28130-7, Marsha J. Pechman, J., entered November 22, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Grosse and Ellington, JJ.

[No. 36487-1-I.    Division One.    November 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOYCE HARGROVE, JR., ET AL., *Defendants*, YVONNE REBA HIBBITT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01753-1, Donald D. Haley, J., entered March 24, 1995. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Grosse and Ellington, JJ.

[No. 38448-1-I.    Division One.    November 24, 1997.]

EARL SOUSHEK, *Appellant*, v. DENISE McCANN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-5-03818-7, Katherine Hershey, J. Pro Tem., entered March 6, 1996. *Reversed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Grosse, JJ.

[No. 38735-9-I.    Division One.    November 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BURNETTE ANTHONY SALOY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01046-1, Donald D. Haley, J., entered June 5, 1996. *Affirmed* by unpublished per curiam opinion.